IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| GREATER NEVADA CREDIT UNION,<br>a Nevada Credit Union,<br><br>    Plaintiff,<br><br>v.<br><br>M/V LOUISIANE,<br>(Ex COLUMBIA QUEEN), *In Rem*<br>    Defendant. | CASE NO.<br><br>IN ADMIRALTY |

## VERIFIED COMPLAINT OF GREATER NEVADA CREDIT UNION

The Verified Complaint of Plaintiff, Greater Nevada Credit Union, a credit union chartered pursuant to the laws of the State of Nevada, (hereinafter "Greater Nevada Credit Union") against the M/V LOUISIANE, Official Number 1023608, formerly named the M/V COLUMBIA QUEEN, her engines, freight, tackle, appurtenances and apparel *in rem*, in causes of a breach of a maritime contract and foreclosure of a first preferred ship mortgage, respectfully represents as follows:

### I. JURISDICTION

1. This is an admiralty and maritime claim within the meaning of 28 U.S.C. § 1333, Rule 9(h) of the Federal Rules of Civil Procedure, and the Preferred Ship Mortgage Act, 46 U.S.C. § 31325, *et seq.*

07007245.1

## II. PARTIES

2. The Greater Nevada Credit Union is a nonprofit cooperative corporation organized and existing pursuant to the laws of the State of Nevada.

3. The vessel, M/V LOUISIANE, formerly the M/V COLUMBIA QUEEN, Official Number 1023608, is now afloat in the navigable waters of the United States and within the jurisdiction of this Honorable Court and on information and belief is moored at Reynolds Park Yacht Center, 1063 Bulkhead Road, Green Cove Springs, Florida 32043.

4. On April 15, 2016, Plaintiff and Great Northern & Southern Navigation CO French America Line, f/k/a Great Northern & Southern Navigation Co., LLC, entered into a Business Loan Agreement pursuant to which Great Northern & Southern Navigation CO French America Line was the obligor. Said Agreement was guaranteed by Uncommon Journeys, Inc., Christopher A. Kyte and Duane Kendall Grigsby. A true and correct copy of said Business Loan Agreement is attached hereto at **Exhibit A** and is fully incorporated herein by this reference.

5. On or about April 15, 2016, Christopher A. Kyte and D. Kendall Grigsby, as its managers, executed, on behalf of Great Northern & Southern Navigation CO French America Line, registered owner of said vessel, and delivered to Plaintiff a Promissory Note, dated April 15, 2016, in the amount of Four Million Nine Hundred Twenty-Seven Thousand and No/100 Dollars ($4,927,000.00)

(hereinafter referred to as "Promissory Note") payable in monthly installments beginning on May 15, 2016. A true and correct copy of said promissory note is attached hereto as **Exhibit B** and is fully incorporated herein by this reference. If default occurred, all remaining principal sums, plus accrued interest, would immediately be due and payable. If suit were commenced to enforce the terms of the Promissory Note, Great Northern & Southern Navigation Co., LLC agreed to pay reasonable attorneys' fees and costs.

6. On or about April 15, 2016, in order to secure the payment of the Promissory Note described in paragraph 5 above, Great Northern & Southern Navigation CO French America Line, by and through Christopher A. Kyte and D. Kendall Grigsby, in accordance with and pursuant to the Ship Mortgage Act of 1920, as amended, executed and delivered to Plaintiff a Preferred Ship Mortgage covering the M/V LOUISIANE and by the terms of that Mortgage, assigned, pledged, mortgaged, set over and conveyed the M/V LOUISIANE, her engines, tackle, etc., to Plaintiff to secure the payment of the Promissory Note described in paragraph 5 above, and all of the obligations of the Preferred Ship Mortgage described in this paragraph. A true and correct copy of this Preferred Ship Mortgage is attached hereto as **Exhibit C** and is fully incorporated herein by this reference.

7. The Preferred Ship Mortgage described in paragraph 6 above was duly filed with the United States Coast Guard Vessel Documentation Center in Falling

Waters, West Virginia, on April 21, 2016. The Preferred Ship Mortgage did not stipulate that the Mortgagee waived its preferred status. All other requirements of the Ship Mortgage Act of 1920, as amended, were met or caused to be met, either by Plaintiff Mortgagee or the United States Coast Guard Documentation Center. The mortgage debt is a valid Preferred Ship Mortgage lien, and mortgagee is entitled to the priority accorded it as a matter of law.

8. Subsequent to the execution of the Note, Greater Nevada Credit Union and Great Northern & Southern Navigation CO French America Line, entered into those certain Changes in Terms Agreements (the "Change in Terms Agreements") ultimately increasing the principal balance of the Loan to Five Million Two Hundred Ninety-Seven Thousand Three Hundred Thirty-Eight Dollars and No/100 ($5,297,338.03). In addition, Plaintiff is entitled to $50,833.63 in Deferred accrued late charges and $289,272.77 in Deferred accrued interest. True and correct copies of the Change in Terms Agreements are collectively attached hereto as **Exhibit D** and incorporated herein by this reference.

9. Great Northern & Southern Navigation CO French America Line has breached its agreements set forth in the Promissory Note described in paragraph 5 and has refused and neglected to pay the indebtedness secured by the Preferred Ship Mortgage as herein noted and in accordance with its terms. Great Northern & Southern Navigation CO French American Line has defaulted in failing to pay

various sums presently due, and the unpaid principal sum of $5,297,338.03, plus accrued interest in the amount of $2,075,663.93 through September 30, 2024. Interest continues to accrue at the default rate of $1,618.63 per day thereafter.

10. Plaintiff has incurred reasonable attorney's fees, collection costs and expenses, and has made advances, all in the sum of $2,209,485.62 and will sustain future damages, attorney's fees, collection costs and expenses, and will make future advances for the benefit of the vessel by reason of the defaults of the Mortgagor, all in amounts not presently ascertainable. Plaintiff will amend its pleadings correctly to allege the proper amounts when they become known.

WHEREFORE, Plaintiff prays:

A. That process and due form of law pursuant to this Court's admiralty and maritime jurisdiction issue against the M/V LOUISIANE, her rigging, tackle, apparel, furniture, engines, bunkers, and all other necessaries thereunto appertaining and belonging, and that all persons claiming any interest in the vessel be cited to appear and answer this Verified *in rem* Complaint;

B. That the Preferred Ship Mortgage be declared to be a valid and subsisting lien in the sum of $5,297,338.03 principal, unpaid accrued interest through September 30, 2024 in the sum of $2,075,663.93, Deferred accrued late charges of $50,833.63, Deferred accrued interest

of $289,272.77, plus daily interest at the contractual default rate, currently accruing at a per diem rate of $1,618.63, plus liquidation expenses and disbursements in the amount of $2,209,485.62, for total damages of $9,922,593.98, together with all other amounts which are required to be disbursed by Plaintiff for the care, insuring, preservation, storage and mooring of the Defendant vessel, and all other advances, expenses, attorney's fees, costs and disbursements by Plaintiff, together with post-judgment interest at the maximum statutory rate, such lien to be prior and superior to the interest, maritime and non-maritime liens or claims of any and all persons, firms or corporations whatsoever;

C. That the M/V LOUISIANE, her rigging, tackle, apparel, furniture, engines, bunkers, and all other necessaries thereunto appertaining and belonging thereto be condemned and sold to pay the demands and claims of Plaintiff, with interest and costs, and that Plaintiff may become a purchaser permitted to credit the debt against any amounts judged to be owing at any sale of the mortgaged property;

D. That it be decreed that any and all persons, firms, or corporations claiming any interest in the M/V LOUISIANE are forever barred and foreclosed of and from all right or equity of redemption or claim of in, or to the mortgaged vessel and every part thereof;

E. That Plaintiff have such other and further relief and justice to which it may be entitled.

BOYD LAW, P.A.

S/Thomas A. Boyd, Jr.
Thomas A. Boyd, Jr.
Florida Bar No. 0762725
6817 Southpoint Parkway, Suite 1801
Jacksonville, FL 32216
Phone: 904-470-0110
Fax:   904-470-0116
tim@boydmaritimelaw.com

and

/s/Jaime W. Betbeze
Thomas S. Rue
(Will Seek Admission Pro Hac Vice)
true@maynardnexsen.com
Jaime W. Betbeze
jbetbeze@maynardnexsen.com
Florida Bar No. 175854
**Attorneys for Plaintiff Greater Nevada Credit Union, a credit union chartered Under the laws of the State of Nevada**

OF COUNSEL:

MAYNARD NEXSEN PC
RSA Battle House Tower
11 North Water Street, Suite 24290
Mobile, Alabama 36602
(t) 251.432.0001
(f) 251.432.0007

## VERIFICATION

STATE OF  Nevada

COUNTY OF  Carson City

Marcus Wertz, being duly sworn, depose and says:

I am the Chief Member Officer of Greater Nevada Credit Union. I have read the foregoing Complaint and know the contents thereof and based upon my review of the file, the same is true to the best of my knowledge, information, and belief. I am fully authorized to make this verification on behalf of the Greater Nevada Credit Union.

_____
Marcus Wertz

Subscribed and sworn to
Before me on this 10 day
of October, 2024.

_____
NOTARY PUBLIC
State of Nevada
County of Carson City
My commission expires:
07/09/2028

DENISE LIEBERKNECHT
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 07-09-28
Certificate No: 24-6169-03

07007245.1

8