UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

**GREATER NEVADA CREDIT UNION, a Nevada Credit Union,**

**Plaintiff,**

**v.** **Case No. 3:24-cv-1054-HES-SJH**

**M/V LOUISIANE, (Ex COLUMBIA QUEEN), *In Rem*,**

**Defendant.**

______________________________/

# ORDER

This matter is before this Court on Plaintiff Greater Nevada Credit Union's ("GNCU") Election of Damages (Dkt. 88). GNCU has elected to limit its damages in accordance with the terms of this Court's previous Order (Dkt. 87).

Accordingly, it is **ORDERED:**

1. The Clerk is directed to enter judgment, pursuant to Rule 55(b), in favor of Plaintiff GNCU and against Defendant vessel M/V LOUISIANE;

2. Defendant vessel M/V LOUISIANE is liable to Plaintiff GNCU in the amount of $9,519,968.65 and any statutory post-judgment interest, for which sum let execution issue; and

3. The Clerk will terminate all pending motions and close this file.

**DONE and ENTERED** at Jacksonville, Florida this 11th day of September, 2026.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Thomas Albert Boyd, Jr., Esq.
Jaime William Betbeze, Esq.
Mark C. Landry, Esq.
Beau F. Camel, Esq.
Sidney Donecio Torres, III, Esq.